IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CADENCE BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:22-cv-938-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS CADENCE

WHEREAS, a third party agreement has resolved certain of the claims between Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendant Cadence Bank ("Cadence").

NOW, THEREFORE, Textile and Cadence, through their attorneys of record, request this Court to dismiss with prejudice all claims asserted by Textile against Cadence in this case that are licensed under the third party agreement; to dismiss without prejudice all other claims asserted by Textile against Cadence in this case; and to dismiss without prejudice Cadence's claims, defenses, or counterclaims for relief against Textile, with each party to bear their own attorneys' fees, costs of court, and expenses.

Dated: December 5, 2022       Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com

Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Textile Computer Systems, Inc.*


/s/ *J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Fax: (512) 495-6401
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

***Attorneys for Defendant Cadence Bank***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 5, 2022.

*/s/ Matthew J. Antonelli*
Matthew J. Antonelli